DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SERGIO SAMANIEGO-VISCARA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0179 GEB |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| ) SERGIO SAMANIEGO-VISCARA, ) | |
| ) Defendant. ) _____ ) | Date:  June 6, 2008 Time:  9:00 a.m. Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant SERGIO SAMANIEGO-VISCARA, that the status conference scheduled for June 6, 2008, was vacated and the matter continued until June 27, 2008, for further status conference at the request of the defense.

The reason for the continuance is to allow further consultation between counsel and with Mr. Samaniego-Viscara concerning a decision

how to proceed in this matter.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between June 6, 2008 and June 27, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date: June 6, 2008          /s/ Daniel McConkie Jr.
                            DANIEL MCCONKIE JR.
                            Assistant United States Attorney
                            Counsel for Plaintiff

Date: June 6, 2008          DANIEL J. BRODERICK
                            Federal Defender

                             /s/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Counsel for Defendant
                            SERGIO SAMANIEGO-VISCARA

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 12, 2008

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

Stipulation and Order           -2-