DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO SAMANIEGO-VISCARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0179 GEB |
| Plaintiff, ) | AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| v. ) | |
| SERGIO SAMANIEGO-VISCARA, ) | |
| Defendant. ) | Date: June 27, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant SERGIO SAMANIEGO-VISCARA, that the status conference scheduled for June 27, 2008, be vacated and the matter continued until July 25, 2008, for further status conference at the request of the defense.

The reason for the continuance is due to the unavailability for medical reasons of defense counsel.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between June 27, 2008 and July 25, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date:  June 26, 2008          /s/ Daniel McConkie Jr.
                              DANIEL MCCONKIE JR.
                              Assistant United States Attorney
                              Counsel for Plaintiff


Date:  June 26, 2008          DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Counsel for Defendant
                              SERGIO SAMANIEGO-VISCARA


**O R D E R**

**IT IS SO ORDERED.**

Dated:  June 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order          -2-