DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SERGIO SAMANIEGO-VISCARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0179 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME |
| SERGIO SAMANIEGO-VISCARA, ) | |
| ) | Date:  July 25, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant SERGIO SAMANIEGO-VISCARA, that the status conference scheduled for July 25, 2008, be vacated and the matter continued until, August 8, 2008, for further status conference at the request of the defense.

The reason for the continuance is due to permit further consultation with the defendant concerning certain sentencing factors.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act be excluded between July 25, 2008 and August 8, 2008,
2  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.
3  **IT IS SO STIPULATED.**
4
5  Date:  July 24, 2008                /s/ Daniel McConkie Jr.
                                        DANIEL MCCONKIE JR.
6                                       Assistant United States Attorney
                                        Counsel for Plaintiff
7
8  Date:  July 24, 2008                DANIEL J. BRODERICK
                                        Federal Defender
9
10
                                        /s/ Jeffrey L. Staniels
11                                      JEFFREY L. STANIELS
                                        Assistant Federal Defender
12                                      Counsel for Defendant
                                        SERGIO SAMANIEGO-VISCARA
13
14
                               **O R D E R**
15
16    **IT IS SO ORDERED.**
17 Dated:  July 24, 2008
18
19  _____
    GARLAND E. BURRELL, JR.
20  United States District Judge
21
22
23
24
25
26
27
28

Stipulation and Order              -2-